No. 81–185.  SIMOPOULOS *v.* VIRGINIA.  Sup. Ct. Va. [Probable jurisdiction noted, 456 U. S. 988];

No. 81–1255.  PLANNED PARENTHOOD ASSOCIATION OF KANSAS CITY, MISSOURI, INC., ET AL. *v.* ASHCROFT, ATTORNEY GENERAL OF MISSOURI, ET AL.  C. A. 8th Cir.  [Certiorari granted, 456 U. S. 988]; and

No. 81–1623.  ASHCROFT, ATTORNEY GENERAL OF MISSOURI, ET AL. *v.* PLANNED PARENTHOOD ASSOCIATION OF KANSAS CITY, MISSOURI, INC., ET AL.  C. A. 8th Cir. [Certiorari granted, 456 U. S. 988.]  Motions of Legal Defense Fund for Unborn Children for leave to file briefs as *amicus curiae* granted.  Motions of Alan Ernest to represent children unborn and born alive denied.

No. 81–746.  CITY OF AKRON *v.* AKRON CENTER FOR REPRODUCTIVE HEALTH, INC., ET AL.; and

No. 81–1172.  AKRON CENTER FOR REPRODUCTIVE HEALTH, INC., ET AL. *v.* CITY OF AKRON ET AL.  C. A. 6th Cir.  [Certiorari granted, 456 U. S. 988.]  Motion of Alan Ernest to represent children unborn and born alive denied.

No. 81–1686.  WATT, SECRETARY OF THE INTERIOR, ET AL. *v.* WESTERN NUCLEAR, INC.  C. A. 10th Cir.  [Certiorari granted, 456 U. S. 988.]  Motion of the parties to dispense with printing the joint appendix granted.

No. 81–6857.  IN RE GUICE.  Petition for writ of habeas corpus denied.

No. 81–2156.  IN RE HOLLAND ET AL.;

No. 81–6771.  IN RE KULWIEC; and

No. 81–6873.  IN RE SHABAZZ.  Petitions for writs of mandamus denied.

No. 81–469.  BUSH *v.* LUCAS.  C. A. 5th Cir.  Certiorari granted.